Jason Giesy 23702-031
Federal Correctional Institute
9595 West Quincy Avenue
Littleton, Colorado 80123

FILED
CLERK, U.S. DISTRICT COURT
APR - 8 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JASON GIESY )
    Plaintiff )
v. )
  ) Case No. CV-15-00646 DMG (KLSx)
ROBERT CAPPS, )
CENTRAL STATES RECOVERY, ) MOTION OF DISMISSAL
    Defendant. ) (Fed. R. Civ. P.
  ) 41 (a)(1)(A)(i))

TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:

    **TAKE NOTICE** that Jason Giesy, Plaintiff, dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. So that plaintiff can pursue in the correct Federal Court's Jurisdiction.

DATED: April 4, 2016

BY: _____
    Jason Giesy

## CERTIFICATE OF SERVICE

I, Jason Giesy, Declare:

I am a citizen of the United States, am over the age of eighteen years, and my principle mailing address is 9595 West Quincy Avenue, Littleton, Colorado 80123

On April 4, 2016, I served the following document(s) on the parties in the within action:

**MOTION TO DISMISS**

BY MAIL: I am familiar with the processing of mail. The above described document(s) will be enclosed in a sealed envelope and sent with the United States Postal Service in Littleton, CO on this date, address as follows

ELLIS LAW GROUP LLP
740 UNIVERSITY AVENUE, SUITE 100,
SACRAMENTO, CALIFORNIA 95825

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is a true and correct statement and that this Certificate was executed on April 4, 2016

BY _____
Jason Giesy

JASON GIESY 23702-031
FEDERAL CORRECTIONAL INSTITUTE
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123

DENVER CO 802

05 APR 2016 PM 3 L



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL SECTION, CLERKS OFFICE, ROOM G19
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
APR - 8 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

S0012209679